# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN  DIVISION

IN RE:                                              **Chapter 13**
                                                    **Case No.  11-50101-pjs**
**JOHN P. MERCER,**                                 **HON.  Shefferly**

_____/

**JOHN P. MERCER,**                    **Adversary Proceeding No. 11-05252-pjs**

        **Plaintiff**

**vs.**

**FIRST GUARANTY MORTGAGE CORPORATION,**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
**AND GMAC MORTGAGE,**

        **Defendants.**
_____/
HASKELL LAW FIRM
BY: Kurt R. Haskell (P60130)
Attorney for Plaintiff Debtor
14716 Allen Road, Ste. 102
Taylor, MI 48180
Phone: (734) 285-5625
_____/

## DEFAULT JUDGMENT TO STRIP OFF SECOND MORTGAGE LIEN

It appearing from the Record that the Defendants were duly served, that no answer was timely filed, and the Court being otherwise fully advised:

**IT IS ORDERED** that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 11-50101, the second mortgage having account number of 7301867537 ("Mortgage"), dated May 16, 2003, covering the following described property ("Property"), situated in the City of Ypsilanti, County of Washtenaw, State of Michigan, and further described as follows: (Tax ID # K-11-11-331-004)

Lot 35 EASTLAWN SUBDIVISION

as recorded at the Washtenaw County Register of Deeds on June 11, 2003, Liber 4269, Page 582, will be stripped from the Property and discharged.  The physical/street address of the property is 423 South Harris Road, Ypsilanti, MI 48198.

**IT IS FURTHER ORDERED** that upon completion of the Debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 11-47706, the debtor may

record a certified copy of this order, with a copy of the Debtors' Chapter 13 discharge order, with the Washtenaw County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

   **IT IS FURTHER ORDERED** that if the debtor fail to complete the Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 11-50101, this Order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtors either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

.

Signed on July 12, 2011

                              /s/ Phillip J. Shefferly
                              Phillip J. Shefferly
                              United States Bankruptcy Judge